FARGO, Respondent, v. AMERICAN BONDING CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Action by James O. Fargo, as president, etc., against the American Bonding Company of Baltimore. D. A. Holmes, for appellant. E. L. Baylies, for re-

spondent. No opinion. Judgment affirmed, with costs. Order filed.